

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN
## (Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit, MI 48226)

|  |  |
|---|---|
| | ) |
| | ) |
| Ronald Satish Emrit, | ) |
|     Plaintiff (Pro Se) | Case: 2:23–cv–12577 |
| | Assigned To : Edmunds, Nancy G. |
| | Referral Judge: Stafford, Elizabeth A. |
|     v. | Assign. Date : 10/12/2023 |
| | Description: CMP EMRIT V. |
| | GRAMMY AWARDS (MC) |
| The Grammy Awards on CBS d/b/a | ) |
|     The Recording Academy/National | ) |
|     Academy of Recording Arts and | ) |
|     Sciences (NARAS), | ) |
|     Defendant | ) |
| | ) |
| | ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the sole defendant The Grammys on CBS d/b/a The Recording Academy/NARAS seeking $45 million dollars in punitive, compensatory, and treble damages.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

### I.) NATURE OF THE CASE

1.) Kanye West is a very sick man who is anti-semitic
2.) RObert Kelly is a very sick man
3.) Harvey Weinstein is a very sick man
4.) Kevin Spacey is a very sick man
5.) LIzzo is a sick woman and very ugly inside and out

6.) The defendant Grammy Awards is having significant public relations problems given the legal problems of their recording artists and executives like Harvey Weinstein.

## II.) PARTIES TO THIS LITIGATION

7.)The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida and Maryland (the plaintiff spends half of the year in Florida and the other half in Maryland traveling with his father who is a widely-recognized musician in several states on the Atlantic coast).  His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720.  His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

8.) I am letting your office know that I am going to be filing a $45 million lawsuit against the Grammy Awards/Recording Academy in Nashville, Tennessee and Mississippi and Columbia, South Carolina and New Orleans, Louisiana strategically in those 4 (four) jurisdictions because I have received favorable rulings there from Judge Aleta Trauger, Judge Carl Barbier, Judge Donna Phillips Currault, Magistrate Judge Shiva Hodges, and Judge Roy Percy who presides over my litigation against University of Miami.  Just like the Denny's lawsuits, my $45 million lawsuit against the Grammys alleges racial discrimination and that I am being discriminated against because I am a black man or African-American and that if I were a white man then my Grammys membership would have been reinstated. More specifically, there is someone named Robert Accatino who ended my Grammys membership and my lawsuit against the Grammys will mention that Robert Accatino is a racist Latino man.  The recording artist known as The Weeknd also believes that the Grammys are racist.  The Grammys are not popular anymore and have public relations problems because they give awards to Kanye West who is like Adolf Hitler and racist against Jews (anti-semitic).  The Grammys probably also honored Robert Kelly (R. Kelly) who is a very sick man and Harvey Weinstein is also a very sick man in addition to Kevin Spacey.  Russell Simmons is a fugitive in Bali, Indonesia and Afrika Bambaata has been accused by Ronald "Bee Sting" also of

2

being on the level of Harvey Weinstein and Kevin Spacey.  The Grammys are not "above the law" and the Grammys are not "above Civil Rights lawsuits."  I am letting you know that yesterday on August 3rd, 2023, I contacted all 12 chapters of the Grammys from my cellphone/Android to inform them that I am going to be filing lawsuits against the Grammys in Tennessee, Mississippi, South Carolina, and Louisiana and they could be docketed as early as next week depending on how long that takes me to draft up a complaint.  Those Grammys numbers are the following: (202)662-1341 in Beltsville, Maryland and (215)985-5411 in Philadelphia and (212)245-5440 in New York and (305)672-4060 in Miami and (512)328-7997 in Texas and (615)327-8030 in Nashville, Tennessee and (901)525-1340 in Memphis and (312)786-1121 in Chicago and (206)834-1000 in Seattle and (415)749-0779 in San Francisco.  Because Judge Aleta Trauger authorized service of process on Sony Music Entertainment through U.S. Marshals and Form USM-285, it is quite possible that a federal judge could authorize service of process on Grammys office on Olympic or Pico Boulevard through the United States Marshals Service (USMS).  The number for the Grammys in Los Angeles is (310)392-3777 and as my own attorney pro se and in forma pauperis, I have the right to inform the Grammys that they are going to be a federal defendant in four lawsuits nationwide seeking punitive, compensatory, and treble damages regardless of whether or not the cases are dismissed before service of process.  Lawyers and consumers contact businesses all the time to inform them of pending or upcoming litigation and African-Americans file civil lawsuits all the time and so the Grammys are not above litigation from former members, employees, or consumers who have to inform the Grammys of the litigation.  The work ID number from ASCAP for Lady BRazil is **883637841.**  The ISWC code for Lady Brazil from ASCAP is **T9112600369.**  The IPI number for the songwriter of Lady Brazil from ASCAP is **484616724.**  The IPI number for the publisher (Tunecore) of Lady Brazil from ASCAP is **641638348.**  The ISRC code for Lady Brazil from Sound Exchange (generated by Ditto Music of England) is **USA2P1313567** with a time of **4:31.**  The copyright number issued by the Library of Congress for Lady Brazil is **PAu003483176** / with an issue date of 2009-01-30.  The case number for ***Ronald Emrit v. ReverbNation*** in North Carolina is **1:2014cv01014** filed on **December 4,**

3

**2014** with Judge Patrick Auld.  The song "Lady Brazil" was recorded at the Garrett Music Academy in Owings, Maryland (Calvert County) with D-Rail and the music video was in Quincy, Massachusetts involving Santiago Semino of Argentina, Pamela Masucci of The Beauty Within Models of Westerly, Rhode Island and their make-up artist and hair stylist.

## III.) JURISDICTION AND VENUE

9.) According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

10.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

11.) Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the District of Eastern Michigan (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the five defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

12.) As an Article III court, the U.S. District Court for the District of Eastern Michigan also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

13.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

14.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

15.) Although the amount in controversy does not exceed $75,000 (i.e. $0 is less than $75.000), this court has jurisdiction on the grounds of diversity and a federal question presented.

## IV.) STATEMENT OF FACTS

16.) Robert Accatino of the Los Angeles chapter of the Grammy Awards ended the plaintiff's membership in the Grammys in 2010.

17.) The plaintiff recently contacted the Grammys expressing his desire to re-join the Grammy Awards and to take his Ukrainian fiance to the Grammy Awards.

18.) The plaintiff also explained to the Grammys offices that he was a 2016 and 2020 presidential candidate with the number from the Federal Election Commission (FEC) as P60005535 and the committee number for the Political Action Commitee (PAC) or Separate Segregated Fund (SSF) as C00569897.

19.) Accordingly, the number for Maria Cherniavska on Whatsapp is +380994339671

## V.) COUNT ONE: VIOLATION OF THE CIVIL RIGHTS ACT OF 1964

30.) Just like the Denny's lawsuits, the Grammys have to pay attention to Civil Rights of African-Americans who are part of a suspect classification of discrete and insular minorities which have experienced invidious discrimination within the context of American jurisprudence.

31.) The recording artist professionally know as the "Weeknd" also expressed the fact that he believes that he has been discriminated against by the Grammys/NARAS based off of his status as an African-American.

32.) While the plaintiff is nowhere near as popular as The Weekend, the plaintiff is still an independent recording artist and former Grammys member who believes that he also has been discriminated against on the basis of race and ethnicity no different from The Weeknd.

33.) Therefore, the plaintiff believes that this lawsuit should be a class action lawsuit pursuant to Rule 23 of Federal Rules of Civil Procedure (FRCP) substantially similar to the litigation brought by Brian Flores of the Miami Dolphins in the National Football League (NFL) regarding head coach positions in the NFL.

34.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that the plaintiff also had litigation in 2019 and 2020 against The National Football League (NFL), Daniel Snyder, and Washington Redskins in which the Washington Redskins are now known as having a different mascot as "Washington Commanders."

32.) Nevertheless, because the plaintiff is now trying to get married to Maria Cherniavska of Kharkiv, Ukraine, the plaintiff argues that it is necessary to provide her number on Whatsapp, i.e. +380994339671.

33.) Pursuant to Rule 201 of Federal Rules of Evidence (FRE), the court should take judicial notice that this number on Whatsapp has been uploaded in PACER or CM/ECF on Page 5 of an In Forma Pauperis Application/Affidavit submitted according to 28 U.S.C. Section 1915.  Once again, that number on Whatsapp is +380994339671.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking the equitable remedy of an injunction requesting that the court award the plaintiff $45 million against the defendant Grammy Awards on CBS d/b/a The Recording Academy/NARAS.  In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

6

A.) This proposed judgment in the amount of $45,000,000 would be considered to be punitive, compensatory, and treble damages for the violation of The Civil Rights Act of 1964.

B.) This proposed judgment in the amount of $45,000,000 would also be considered to be expectation, reliance, restitution, incidental, consequential, and/or liquidated damages as the material breach of contract since the plaintiff used to be in "privity of contract" with the sole defendant The Grammy Awards on CBS d/b/a The Recording Academy/NARAS

C.) Furthermore, the plaintiff is seeking the equitable remedy of an injunction requiring and/or mandating that the sole defendant reinstate the plaintiff's Grammys membership as specific performance according to contract law.

D.)

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com

FEDERAL INCOME TAXATION LAW

(7)

(AMT)

1. Brittany Llewellyn / Brett Vogel (Lewis Brisbois)

2. Seven Hills Behavioral Hospital / (37,500 Settlement)

3. Brittany Llewellyn made a mistake as lawyer (dirty cards)

4. She said Punitive Damages not Taxable (to Form W-9

5. I learned About Holding of Comm. Eisner v. Glenshaw Glass

6. She must have meant to say... "Retain Types of compensatory Damages"

7. Eisner v. Macomber (Accessions to Wealth)

8. Realization of Capital Gains (Adjusted Gross Income

9. Mollie Orshansky (Federal Poverty Guide lines

10. Form SSA-1099 (Form 1099 not required) if AGI is.

11. less than $12,500 (I receive SSI or SSDI w/ COLA

12. Even w/ settlement + AGI for 2016 fiscal year < poverty threshold)

13. Standard Deductions / Itemized Deductions (Dependents)

14. Earned Income Credit (EIC) Earned Income Tax Credit

15. Additional Child Tax Credit / Alternative Minimum Tax

(ACTC)

# PROFESSIONAL RESPONSIBILITY LAW

1. Edward Coulson v. Southern NV Mines (Employment Discrim)
2. Leaf v. Feffini (Status Hearing / Judge Andrew Golden
3. United States v. James Kidsey (Ninth Circuit,
4. U.S. Attorney Daniel Boggen (18 U.S.C. § 402)
5. Contempt of Court Proceeding Re: Ghostwriting
6. Res Judicata Claim Preclusion Double Jeopardy
7. Stare Decisis (Persuasive Controlling Precedent
8. Collateral Estoppe)
9. Glen Lerner's Paralegal (Unauthorized Practice of law
10. Paralegals who conflict UPL (misdemeanor in Nevada)
11. Local Rule 83.1 (Ghostwriting certification in Virginia?
12. Judge Hannah Lauck (PNC Bank Richmond VA
13. Pro Hac Vice Appearance (Music Attorney John Rose
14. Pro Bono Publico Representation (Law Sf go)
15. Opa Locka Airport (Caribbean Festival) (Prof. Roman
16. Registration of Voters for Bush v. Gore (2000)

# PROBATE LAW ISSUES/WILLS & TRUSTS

1. Judge Sandra Braun Armstrong (2014, Oakland, California)
2. Embt. v. Yahoo! (studied at Santa Clara Law School)
3. IFP Application : 2 Probate Legacies of $15,000
4. Testatrix of Estate (Delores Agnes Marin's (2013)
5. Executrix of Estate (Jocelyn Md Son
6. IFP Application (a) Exclude Legacies Over One Year Ago
7. Embt v. Yahoo! filed and stand late 2014; legacies in 2011
8. No Inheritance Tax in Washington, D.C. (Agnes Marin's
9. Judge Sandra Braun Armstrong Recognized med Schy Graduate
10. Judge Sandra Braun Armstrong is self prime policeonties (lawyer
11. Anti-Lapse Statute (Redemption / Holographic Will)
12. Dependent Relative Revocation (Codicil / Attestation
13. Lts of Independent Significance
14. Intestate Succession (Devises Bequests Legacies
15. Payable-on-Death Provisions (Uniform Probate Code
6. Uniform Simultaneous Death Act (Decedent /Testator

# AGENCY & PARTNERSHIP LAW ISSUES

1.) I was asked to be Publicist for "Dirtbag" (Jerrmy Jones)
2.) I was asked to be Publicist for Glory of Rochester, NY
3.) No licensing requirements to be Publicist (college degree)
4.) I was contacted by manager Ben Doyon (Univ of Miami)
5.) I was contacted by manager A.J. Butler of Arkansas
6.) Actual, Apparent Express Implied Authority
7.) Scope of Employment / Respondeat Superior
8.) Doctrine of Vicarious Liability (Tort Issues)
9.) Highest Punctilio of an Honor
10.) Meinhold v. Salman (Duty of Fiduciary)
11.) Publicist is not a Fiduciary like Eric Nicks of N.Y.
12.) RIAA is a trade organization and not Fiduciary
13.) Universal Sony Warner Music (3 major record labels
14.) Parent Corporations / Subsidiary (Holding Company)
15.) Stockholder Derivative law suits
16.) Business Judgment Rule (Interested Direct Transactions
17.) Corporate Opportunity Doctrine (Smith v. Van Gorkam)

Utmost Good Faith
Live Promo Ring

⑧

# FAMILY LAW ISSUES IN FORT LAUDERDALE

1) First Attorney (Thomas Austin of Hollywood, Florida)
2) Second Attorney (Bennett Oppenheimer of Oakland Park)
3) 3rd Attorney (Sandy Fox of Aventura, Florida)
4) 4th Attorney (Nancy Hass of Hallandale, Florida)
5) 5th Attorney (William Zimmerman of Deerfield Beach, FL)
6) Nadine Girault (4804 West Commercial Blvd, Tamarac, FL)
7) Lawrence J. Shapiro (Miami, Florida 2 Attorney)
8) Judge Susan Greenhaut (17th Judicial District)
9) Judge Robin Rosenbaum (Rooker-Feldman Doctrine)
10) Judge Beth Bloom (Miami, Police Department)
11) Judge Marcia Cooke (Miami, Police Department)
12) Certificate of Interested Persons, Judgment
13) Gregory Leigarneu, DC FL (Plaintiff as Hospital)
14) Rule 28 of Federal Rules of Appellate Procedure
15) Judge Rodolfo Ruiz (Fort Lauderdale Police)
16) David Ignatena/Maria Cherniastex (wife swap) ⑪

LEGAL ISSUES REGARDING "ROUGH DRAFT OF PUBLICITY STUNTS DISTRI-BUTED BY DITTO MUSIC OF ENGLAND

1) Ronald Emit v. Ewing Brothers Towing of Washington where at Clark County District Court (Lot 200 John's where where Clark County DA John Giadani/Steven Wolfson prosecuted a case on my behalf in 2016.

2) My laptop was stolen from parking lot of Ewing Brothers Towing (negligence/conversion) as my laptop was in trunk of my Be was Mercedes Benz cl 236.

3) There were way files on that laptop purchased from (Ryan Cantu/DJ Arthur of San Leandro California which songs were produced w/ Audacity (free software) which has of GVST plug-ins" for AutoTune. I am trying to re-read this sort w/ Stanley Flank of Bryan Cantu. (B)



**Bob Ferguson**
# ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000● Seattle, WA 98104-3188● (206) 464-6684

August 11, 2023

Ronald S Emrit
5108 Cornelias Prospect Dr
Bowie, MD 20720-3375

RE:  Pinterest Inc
File #:  648467

Dear Ronald S Emrit:

Thank you for contacting the Consumer Protection Division of the Attorney General's Office.
Your complaint has been reviewed and it was determined that the issues presented are under the
regulatory authority of another agency. Your complaint has been closed accordingly.

We referred your complaint to the following agency. Please contact the identified agency directly
with questions about the status of your complaint.

Attorney General of Maryland
200 Saint Paul Pl
Baltimore, MD 21202
http://www.marylandattorneygeneral.gov/Pages/CPD/default.aspx
(410) 576-6300

Our office monitors consumer complaints for possible indications of patterns of unfair or deceptive
trade practices warranting further attention by our office. We maintain complaint files of business
practices that may be useful if enforcement action on behalf of the State of Washington is
warranted in the future.

Consumer complaints are public records and are available to the public for copying or inspection in
compliance with the Washington State Public Records Act, RCW 42.56.

If you have questions or would like to submit additional information regarding this complaint, our
email address is CRC@ATG.WA.GOV. Please include the complaint number given above on any
complaint correspondence.

Sincerely,


KIRK FELTS
Program Specialist 2
Consumer Protection Division
1-800-551-4636 for in-state callers
1-206-464-6684 for out-of-state callers


cc: Attorney General of Maryland

## Payment Summary

**Payment for**

 **Ronald Emrit's visit with Sabreen Ahmed, MD on May 26, 2023**

Amount paid: $29.14

| **Payment Date** | **Payment Method** |
|---|---|
| Oct 3, 2023 at 11:06 AM EDT | Ronald S. Emrit's VISA ending in 8012 |

## Payment Total: $29.14

This payment appeared on your credit card statement as **Privia Medical Group**

## Confirmation Details

**Payment made to**

Privia Medical Group
950 N Glebe Rd, ARLINGTON, VA 22203-1824
(571) 366-8850

**Record Number:** 24749394

**Transaction Details**

Trace number: 122300
Transaction number: 1003150615
Transaction identifier: 583276543759609

---

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

**athenahealth**   ⊕ ¿Prefieres español?    Portal Activity    Privacy Policy    FAQ

Website Privacy    Accessibility Statement

 **metro**
by ᴛ Mobile

**Pay**      **Log in**

# Payment confirmation

Thank You! Your Payment has been processed. This receipt was also sent via SMS text message to (703) 936-3043.

## Receipt

🖶 Print receipt

**Confirmation number:**  647728719

**Authorization number:**  001564

**Card number:**  VISA ************012

**Payment amount:**  $50.00

**Total to Pay:**  $50.00

**Billing Zip:**  34243

**Order date:**  10/03/2023

## Email receipt

Email

‹ **Back to Home**

TRACK LISTING FOR "ROUGH DRAFT OF PUBLICITY STUNTS" DISTRIBUTED BY DI TTO MUSIC OF ENGLAND/UNITED KINGDOM

1.) She Likes to Work It (ASCAP/Soundcloud Distro kid)

1.) Victoria's Secret and The Pumps (ASCAP Soundcloud)

2.) Jamaica Trinidad & The West Indies (ASCAP/Soundcloud)

3.) Light of My Life (ASCAP/Soundcloud Distro kid)

4.) Run Away With You (ASCAP/Soundcloud Distro kid)

5.) Walk With Me (ASCAP Soundcloud Distro kid)

6.) Eternally (Window of Time (ASCAP/Soundcloud Distro kid)

7.) We Ballin' at Here (ASCAP/Soundcloud Distro kid)

8.) Late Night Cruisin (ASCAP/Soundcloud Distro kid)

9.) Shut It Down (ASCAP/Soundcloud Distro kid)

10.) Cloud 9 (ASCAP Soundcloud Distro kid)

11.) Self Made Nigga (ASCAP/Soundcloud Distro kid)

12.) Hip Hop Boss (ASCAP Soundcloud Distro kid)

13.) Watch Me It (ASCAP/Soundcloud Distro kid)

14.) Watch Me Make It (ASCAP/Soundcloud Distro kid)

15.) Paradise is Sarasota (ASCAP/Soundcloud Distro kid)

LEGAL ISSUES REGARDING "ROUGH DRAFT OF PUBLICITY STUNTS DISTRI-BUTED BY DITTO MUSIC OF ENGLAND

1) Ronald Emit v. Ewing Brothers Towing of Washington. There at Clark County District Court that 200 Lou's. There where Clark County DA John Gialdani / Steven Wolfsen prosecuted a case on my behalf in 2016.

2) My laptop was stolen from parking lot of Ewing Brothers Towing (negligence/conversion) as my laptop was in trunk of they Re-Po Mercedes Benz CL 230.

3) There were. way files on that laptop purchased from Bryan Cantu. / DJ Author of San Leandro California which songs were produced w/ Audacity (free software) which has of GVSTplug-in, for AutoTune. I am trying to re-record this song w/ Stanley Frank or Bryan Cantu. ②

# CIVIL COVER SHEET

JS 44 (Rev. 07/16)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ronald Satish Emrit

**DEFENDANTS**
The Grammy Awards

**(b)** County of Residence of First Listed Plaintiff  Manatee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Los Angeles
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ronald Satish Emrit  Sarasota, FL  34243
655 38th Lane East  (703)936-3043

Attorneys *(If Known)*
Olympic Boulevard
Santa Monica, California

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question  *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer  Like
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of Civil Rights Act of 1964; Dennis Edwards
Brief description of cause:
Tibet, Academy of Grammys showed me racism

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  45,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:   JUDGE  Shiva Hodges   DOCKET NUMBER  3:23-403

DATE  September 2, 2023

SIGNATURE OF ATTORNEY OF RECORD  Ronald Satish Emrit (pro se)

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

Satish Emn T
6655 38th Lane East
Sarasota, Florida 34243

CAPITAL DIST 200/205
WED 04 OCT 2023 PM

Attn: Clerk of the Court
U.S. District Court of
      Eastern Michigan
Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
        Room # 599
Detroit, Michigan 48226